1  TODD BLANCHE
   Deputy Attorney General of the United States
2  SIGAL CHATTAH
   First Assistant United States Attorney
3  District of Nevada
   Nevada Bar No. 8264
4
   SUMMER A. JOHNSON
5  Assistant United States Attorney
   501 Las Vegas Blvd. So., Suite 1100
6  Las Vegas, Nevada 89101
   (702) 388-6556
7  Summer.Johnson@usdoj.gov
   *Attorneys for United States of America*
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| BLOCK 42 OF THE TOWNSITE OF WONDER, ) | |
| SITUATE IN CHURCHILL COUNTY, NEVADA; ) | Case No. _____ |
| ) | |
| BETTY NEWBERRY ) | |
| 29 Dolton Drive ) | |
| Rindge, NH 03461; ) | |
| ) | |
| ERICA MILANO ) | |
| 29 Delton Ridge ) | |
| Rindge, NH 03461; ) | |
| ) | |
| WILLIAM NEWBERRY ) | |
| P.O. Box 330 ) | |
| Chiloquin, OR 97624; ) | |
| ) | |
| ROBERT LYONS ) | |
| 1146 Arbor Cr. ) | |
| Orange Park, FL 32073; ) | |
| ) | |
| AMBER ROBERTS ) | |
| P.O. Box 330 ) | |
| Chiloquin, OR 97624; ) | |
| ) | |
| Unknown heirs of William L. Newberry; ) | |
| ) | |
| LINDA ROTHERY ) | |
| Churchill County Clerk/Treasurer ) | |

| | |
|---|---|
| 155 N. Taylor St. #110<br>Fallon, NV 89406.<br><br>    Defendants. | )<br>)<br>)<br>)<br>) |

**COMPLAINT IN CONDEMNATION WITH DECLARATION OF TAKING**
**(40 U.S.C. § 3114)**

1. This is a civil action brought by the United States of America at the request of the Department of the Navy for the taking of land in Churchill County, Nevada, under its power of eminent domain and through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358. The Court has venue under 28 U.S.C. § 1403. Divisional venue is appropriate in the Northern Division pursuant to Local Rule IA 1-6 because the real property which is the subject of this condemnation proceeding is located in Churchill County, Nevada.

3. The authority for the acquisition is set forth in Schedule A of the Declaration of Taking, which is attached hereto and made a part hereof.

4. The public purpose for which said property is taken is set forth in Schedule B of the Declaration of Taking, which is attached hereto and made a part hereof.

5. A legal description of the land taken is set forth in Schedule C of the Declaration of Taking, which is attached hereto and made a part hereof.

6. A map and plat showing the land taken is set forth in Schedule D of the Declaration of Taking, which is attached hereto and made a part hereof.

7. The estate taken in the property are described in Schedule E of the Declaration of Taking, which is attached hereto and made a part hereof.

8. The estimate of just compensation is stated in Schedule F of the Declaration of Taking, which is attached hereto and made a part hereof.

9. The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule G of the Declaration of Taking, which is attached hereto and made a part hereof.

WHEREFORE, Plaintiff United States of America requests judgment that the property and interests be condemned, that just compensation for the taking be ascertained and awarded, and that the Court award such other relief as may be lawful and proper.

DATED:  February 20, 2026                UNITED STATES OF AMERICA

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Summer A. Johnson*
SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6556
Summer.Johnson@usdoj.gov

*Attorney for Plaintiff United States of America*