## SCHEDULE D



SCHEDULE D (Cont.)

