TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6556
Summer.Johnson@usdoj.gov
*Attorneys for United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:26-cv-00126 |
| v. ) | |
| BLOCK 42 OF THE TOWNSITE OF WONDER, ) | **Order Granting Motion to** |
| SITUATE IN CHURCHILL COUNTY, NEVADA; ) | **Admit Government Attorneys** |
| AND BETTY NEWBERRY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

The UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR IA 11-3, for the admission of Melissa L. Baker and Andrea C. Bonvecchio to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of their employment by the United States as an attorney. It is anticipated that Ms. Baker and Ms. Bonvecchio will enter an appearance in this action on behalf of the United States.

Ms. Baker has been a licensed attorney since May 2006 and is admitted to practice and is a member in good standing of the Bar of the State of New York (New York Id. # 4387122) and in the District of Columbia (D.C. Bar Id. #499368). Ms. Baker has been

employed as a Trial Attorney with the Environment and Natural Resources Division since February 2019 in Washington, D.C.

Ms. Bonvecchio has been a licensed attorney since August 2020 and is admitted to practice and is a member in good standing of the Bar of the State of North Carolina (North Carolina Bar Id. # 56438). Ms. Bonvecchio has been employed as a Trial Attorney with the Environment and Natural Resources Division since January 2025 in Washington, D.C.

Local Rule IA 11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Melissa L. Baker and Andrea C. Bonvecchio to practice before this Court during the period of their employment by the United States as an attorney.

Respectfully submitted this 20th day of February 2026.

 /s/ Summer A. Johnson
SUMMER A. JOHNSON
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** March 26, 2026

2