ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ANDREA C. BONVECCHIO
United States Department of Justice
Environment and Natural Resources Division
Land Acquisition Section
150 M St., N.E.
Washington, D.C. 20002
Tel: (202) 598-9159
Fax: (202) 514-8865
Andrea.Bonvecchio@usdoj.gov

VIRGINIA T. TOMOVA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6556
Virginia.Tomova@usdoj.gov
*Attorneys for United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>BLOCK 42 OF THE TOWNSITE OF WONDER, SITUATE IN CHURCHILL COUNTY, NEVADA; AND BETTY NEWBERRY, et al.,<br><br>Defendants. | Case No. 3:26-cv-00126<br><br>**Order Granting Motion to Admit Government Attorney Under LR IA 11-3** |

The United States of America, by and through Andrea C. Bonvecchio, Trial Attorney with the United States Department of Justice, hereby respectfully moves pursuant to LR IA 11-3 for the admission of Emma Hollowell to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of her employment by the United States as an attorney. It is anticipated that Ms. Hollowell will enter an appearance in this action on behalf of the United States.

Ms. Hollowell has been a licensed attorney since 2018 and is admitted to practice and is a member in good standing of the Florida Bar (Bar No. 1010244) and the District of Columbia Bar (Bar No. 1047448). Ms. Hollowell has been employed as a Trial Attorney with the Environment and Natural Resources Division since 2020 in Washington, D.C.

Local Rule IA 11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Emma Hollowell to practice before this Court during the period of her employment by the United States as an attorney.

Respectfully submitted this 10th day of August 2026.

/s/ *Andrea C. Bonvecchio*
ANDREA C. BONVECCHIO
Bar No. 56438 (NC)
Trial Attorney
Land Acquisition Section
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20002
Tel: (202) 598-9159
Email: Andrea.Bonvecchio@usdoj.gov

*Attorney for Plaintiff United States of America*

**IT IS SO ORDERED:**



**UNITED STATES DISTRICT JUDGE**

**DATED:** August 10, 2026

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was mailed to the following parties to this action:

BETTY NEWBERRY
29 Dolton Drive
Rindge, NH 03461

ERICA MILANO
29 Delton Ridge
Rindge, NH 03461

WILLIAM NEWBERRY
P.O. Box 330
Chiloquin, OR 97624

ROBERT LYONS
1146 Arbor Cr.
Orange Park, FL 32073

AMBER ROBERTS
P.O. Box 330
Chiloquin, OR 97624

LINDA ROTHERY
Churchill County Clerk/Treasurer
155 N. Taylor St. #110
Fallon, NV 89406

DATED: August 10, 2026

/s/ *Andrea C. Bonvecchio*
Andrea C. Bonvecchio
Attorney, U.S. Department of Justice