ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

MELISSA L. BAKER
United States Department of Justice
Environment and Natural Resources Division
Land Acquisition Section
150 M St., N.E.
Washington, D.C. 20002
Tel: (202) 532-5559
Fax: (202) 514-8865
Melissa.Baker@usdoj.gov

ANDREA C. BONVECCHIO
United States Department of Justice
Environment and Natural Resources Division
Land Acquisition Section
150 M St., N.E.
Washington, D.C. 20002
Tel: (202) 598-9159
Fax: (202) 514-8865
Andrea.Bonvecchio@usdoj.gov

VIRGINIA T. TOMOVA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6556
Virginia.Tomova@usdoj.gov
*Attorneys for United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BLOCK 42 OF THE TOWNSITE OF WONDER, SITUATE IN CHURCHILL COUNTY, NEVADA; AND BETTY NEWBERRY, et al.,<br><br>Defendants. | Case No. 3:26-cv-00126<br><br>**ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL** |

**EX PARTE MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 11-6, undersigned counsel Melissa L. Baker hereby moves to withdraw as counsel for Plaintiff United States. On August 10, 2026, Ms. Baker will be starting a new position with the United States Department of Justice and will no longer be serving as a trial attorney. Andrea Bonvecchio, a trial attorney with the Department of Justice who has entered an appearance in this matter, will continue to represent the United States.

Ms. Baker's withdrawal as counsel for the United States in this matter will not affect any pending deadlines in this case.

WHEREFORE, the United States respectfully requests that the Court enter an order withdrawing Ms. Baker as its counsel in this matter effective immediately.

Dated: August 3, 2026

Respectfully submitted,

/s/ *Melissa L. Baker*
MELISSA L. BAKER
Bar No. 4387122 (NY)
ANDREA C. BONVECCHIO
Bar No. 56438 (NC)
Trial Attorneys
Land Acquisition Section
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20002
Tel: (202) 532-5559
Fax: (202) 514-8865
E-mail: Melissa.Baker@usdoj.gov
Andrea.Bonvecchio@usdoj.gov

VIRGINIA T. TOMOVA
Bar No. 12504 (NV)
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6556
Virginia.Tomova@usdoj.gov
*Attorneys for Plaintiff United States of America*

**IT IS SO ORDERED.**

Dated: August 11, 2026.

Craig S. Denney
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was mailed to (and, if service is not waived by the party, served upon) the following parties to this action:

BETTY NEWBERRY
29 Dolton Drive
Rindge, NH 03461

ERICA MILANO
29 Delton Ridge
Rindge, NH 03461

WILLIAM NEWBERRY
P.O. Box 330
Chiloquin, OR 97624

ROBERT LYONS
1146 Arbor Cr.
Orange Park, FL 32073

AMBER ROBERTS
P.O. Box 330
Chiloquin, OR 97624

LINDA ROTHERY
Churchill County Clerk/Treasurer
155 N. Taylor St. #110
Fallon, NV 89406.

DATED: August 3, 2026

/s/ *Melissa L. Baker*
Melissa L. Baker
Attorney, U.S. Department of Justice