**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES O AMERICA,

Plaintiff

v.

BLOCK 42 OF THE TOWNSITE OF WONDER, SITUATE IN CHURCHILL COUNTY, NEVADA, AND BETTY NEWBERRY, et al.,

Defendants

Case No.: 3:26-cv-00126-MMD-CSD

**Order**

Re: ECF No. 15

Melissa L. Baker's motion to withdraw as counsel for the United States in this action (ECF No. 15) is **GRANTED**.

**IT IS SO ORDERED**.

Dated: August 11, 2026

Craig S. Denney
United States Magistrate Judge