**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff

v.

BLOCK 42 OF THE TOWNSITE OF WONDER, SITUATE IN CHURCHILL COUNTY, NEVADA; AND BETTY NEWBERRY, et al.,

Defendants

Case No.: 3:26-cv-00126-MMD-CSD

**Order**

Re: ECF No. 20

Upon consideration of Plaintiff's Motion to Deposit Funds and Memorandum in Support (ECF No. 20), and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall accept the deposit of Thirteen Thousand Five Hundred dollars and no cents ($13,500.00) tendered by the United States, and shall deposit these funds into an interest-bearing account under the terms and conditions set forth in Federal Rule of Civil Procedure 67 and Local Civil Rule 67-1 of the United States District Court for the District of Nevada, where they shall remain until further order of the Court.

Dated: September 3, 2026

Miranda M. Du
United States District Judge